IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SYSTEMS SPRAY-COOLED, INC.                                               PLAINTIFF

v.                                Case No. 1:17-cv-1012

BADISCHE STAHL-ENGINEERING GMBH
and BADISCHE STAHL TECHNOLOGIES, INC.
(a/k/a BSE AMERICA)                                        DEFENDANTS

## ORDER

Before the Court is a Joint Motion for Transfer filed by the parties. ECF No. 18. The parties move the Court to transfer this case to the Western District of North Carolina (Charlotte Division). This matter is ripe for the Court's consideration.

"For the convenience of the parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." 28 U.S.C. § 1404(a). In the present case, all parties consent to the transfer of this case to the Western District of North Carolina. The Court notes that both Defendants maintain offices in Charlotte, North Carolina. Moreover, independent of the parties' consent, the Court finds that the balance of convenience and the interest of justice favor the transfer of this case to the Western District of North Carolina (Charlotte Division).

Accordingly, the Court finds that the Joint Motion for Transfer (ECF No. 18) should be and hereby is **GRANTED**. The Clerk of Court shall immediately transfer this case pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the Western District of North Carolina (Charlotte Division).

**IT IS SO ORDERED**, this 12th day of April, 2017.

                                                                                 /s/ Susan O. Hickey
                                                                                 Susan O. Hickey
                                                                                 United States District Judge